IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH S. TRAMAGLINO, V-75636, ) | |
| Plaintiff(s), ) | No. C 10-4619 CRB (PR) |
| v. ) | ORDER |
| B. BURKHARDT, et al., ) | (Docket # 15) |
| Defendant(s). ) | |

Good cause appearing, plaintiff's request (docket # 15) for an extension of time to identify defendants Does 1, 2 and 3 is GRANTED. By no later than July 29, 2011, plaintiff may identify the Doe defendants and amend his complaint to name them and allege, if possible, facts showing that they were deliberately indifferent to his safety needs because they knew of and disregarded an excessive risk to plaintiff's safety. See Farmer v. Brennan, 511 U.S. 825, 837 (1994) (prison official can be liable under 8th Amendment if he knows of and disregards an excessive risk to inmate health or safety).

No further extensions of time will be granted.

SO ORDERED.

DATED: June 15, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Tramaglino, J1.or1.wpd