IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH S. TRAMAGLINO, V-75636, | ) | |
| Plaintiff(s), | ) | No. C 10-4619 CRB (PR) |
| v. | ) | ORDER |
| B. BURKHARDT, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff has filed a motion to compel defendants to respond to his discovery requests, alleging that his efforts to comply with the "meet and confer" requirements have been ignored by defendants. Defendants are ordered to file a response to the motion by no later than September 23, 2011.

Good cause appearing therefor, plaintiff's deadline to identify defendants Does 1, 2 and 3 and amend his complaint to name them and allege, if possible, facts showing that they were deliberately indifferent to his safety needs, is extended to October 31, 2011.

SO ORDERED.

DATED: Sept. 15, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Tramaglino, J1.or4.wpd