IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH S. TRAMAGLINO, V-75636, | ) | |
| Plaintiff, | ) | No. C 10-4619-CRB (PR) |
| vs. | ) | ORDER OF DISMISSAL |
| B. BURKHARDT, et al., | ) | |
| Defendant(s). | ) | |

Per order filed on October 19, 2011, the court granted defendants' motion to revoke plaintiff's IFP status under 28 U.S.C. § 1915(g) and gave plaintiff 30 days to pay the requisite filing fee of $350.00 or face dismissal of this action. Plaintiff moved for reconsideration.

Per order filed on November 28, 2011, the court denied plaintiff's motion for reconsideration and warned him that this action would be dismissed if he did not pay the requisite filing fee of $350.00 by December 16, 2011. Plaintiff has not done so.

Accordingly, the action is DISMISSED without prejudice to filing a paid complaint. The clerk is instructed to enter judgment in accordance with this order and to close the file.

SO ORDERED.

DATED: Jan. 12, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Tramaglino, J1.dismissal.wpd